**SO ORDERED.**

**SIGNED this 13 day of April, 2011.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

| | |
|---|---|
| Martin J. Stallmer, | Case No. 10-11628 |
| Linda A. Steinbach-Stallmer, | (Chapter 13) |
| Debtor(s) | |

**ORDER APPROVING SETTLEMENT OF PREFERENCE CLAIM AGAINST CHASE CARD AND DISCOVER AND MODIFYING PLAN TO ALLOW DISTRIBUTION OF SETTLEMENT PROCEEDS TO ALLOWED UNSECURED CLAIMS PRIOR TO DISTRIBUTION TO SECURED CLAIMS**

Upon the Trustee's Motion for an Order Approving Settlement of Preference Claim Against Chase Card and Discover and Modifying Plan to Allow the Trustee to Distribute the Settlement Proceeds to Allowed Unsecured Claims Prior to Secured Claims Pursuant to 11 U.S.C. §1329 dated February 16, 2011, and a hearing having been had on March 24, 2011, and Bonnie S. Baker, Esq. having appeared on behalf of the Chapter 13 Trustee in support of the Motion, and the debtors having appeared by and through their attorney, Paula M. Barbaruolo, Esq., and the Court having given due deliberation thereto, it is hereby

ORDERED, that the settlement of the preferential payment made to Chase Card Services in the amount of $494.40 for the account number ending 7220 is approved, and it is further

ORDERED, that the settlement of the preferential payment made to Discover Card in the amount of $700.00 for the account number ending 1729 is approved, and it is further

ORDERED, that the settlement of the preferential payment made to Chase Card Services in the amount of $7,944.18 for the account number ending 3247 is approved, and it is further

ORDERED, that the debtors' Chapter 13 plan shall be modified pursuant to 11 U.S.C. §1329 to allow distribution of the settlement proceeds from Chase Bank to allowed unsecured claims prior to distribution to secured claims.

###